UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**CHRISTOPHER IRBY KRAUSSE**
**KRISTA DIANE KRAUSSE**

Case No. **11-02566-BKC-3F7**

_____ Debtor(s). _____

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: household goods and furnishings, jewelry, 2000 Toyota Avalon, VIN - 4T1BF28BXYU084420, and 1998 Mercury Sable, VIN - 1MEFM0U0WA602042, for the total sum of $5,000.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchaser are the debtors. There are no negative tax consequences. The trustee believes that selling to the debtors will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 19, 2011.

/s/ Gregory K. Crews
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 19, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**CHRISTOPHER IRBY KRAUSSE**  Case No. **11-02566-BKC-3F7**
**KRISTA DIANE KRAUSSE**

_____ **Debtor(s).** _____

**CERTIFICATE OF SERVICE OF TRUSTEE'S**
**NOTICE OF INTENT TO SELL AT PRIVATE SALE**

I certify, under penalty of perjury, that on October 19, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

/s/ Gregory K. Crews
**Gregory K. Crews, Trustee**
**8584 Arlington Expressway**
**Jacksonville, Florida 32211**
**(904) 354-1750**

Label Matrix for local noticing
113A-3
Case 3:11-bk-02566-JAF
Middle District of Florida
Jacksonville
Wed Oct 19 12:40:16 EDT 2011

CACH, LLC
4340 S. MONACO ST.
2ND FLOOR
DENVER, CO 80237-3408

CACH, LLC
FOR CAPITAL ONE
4340 S MONACO ST UNIT 2
Denver CO 80237-3408

CAPITAL ONE
PO BOX 30285
Salt Lake City UT 84130-0285

CHASE BANK CC
Attn: Correspondence
PO BOX 15298
WILMINGTON DE 19850-5298

CHASE BANK CC/KOHLS
Attn: Correspondence
PO BOX 15298
WILMINGTON DE 19850-5298

CITI CARD/SEARS
PO BOX 142319
Irving TX 75014-2319

CREDITORS INTERCHANGE
FOR CHASE
PO BOX 1335
Buffalo NY 14240-1335

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 248839
Oklahoma City, OK 73124-8839

Capital One, N.A
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas, TX 75374-0933

Capital Recovery IV LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Gregory K Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

DISCOVER CARD
BANKRUPTCY DEPT
PO BOX 3025
New Albany OH 43054-3025

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Duval County Tax Collector
231 Forsyth St. #130
Jacksonville FL 32202-3380

ENHANCED RECOVERY CORP
8014 BAYBERRY RD
Jacksonville FL 32256-7412

EQUABLE ASCENT FINANCIAL
5 REVERE DRIVE
NORTHBROOK IL 60062-1566

Florida Dept of Labor and Security
Hartman Building, Suite 307
2012 Capital Circle, Southeast
Tallahassee, FL 32399-6583

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

GE Money Bank
Attn: Ramesh Singh
c/o Recovery Management Systems Corp
25 SE 2nd Ave, Suite 1120
Miami, FL 33131-1605

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JPMORGAN CHASE LEGAL
1191 E NEWPORT CTR DR #101
DEERFIELD BCH FL 33442-7736

Christopher Irby Krausse
8063 Shadwell Court
Jacksonville, FL 32244-7108

Krista Diane Krausse
8063 Shadwell Court
Jacksonville, FL 32244-7108

LAW OFFICES OF ED OVERCASH LLC
33 VILLA ROAD, SUITE 401
GREENVILLE SC 29615-3037

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

PNC MORTGAGE
6 N MAIN ST
DAYTON OH 45402-1902

PYOD LLC its successors and assigns as assig
Citibank, NA
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Kevin B Paysinger
Bankruptcy Law Firm of Lansing J Roy, PA
1710 Shadowood Lane, Suite 210
Jacksonville, FL 32207-2184

REDLINE RECOVERY SVC LLC
6464 SAVOY DR 4TH FL
HOUSTON TX 77036-3395

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

TSYS DEBT MGMT (TDM)
CAPITAL ONE BANK
6125 LAKEVIEW RD STE 800
Charlotte NC 28269-2605

UNITED COLLECTION BUREAU INC
5620 SOUTHWYCK BLVD, STE 206
Toledo OH 43614-1501

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2440

United States Trustee - JAX 7
135 W Central Blvd Suite 620
Orlando, FL 32801-2440


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Gregory K. Crews
8584 Arlington Expressway
Jacksonville, FL 32211-8003

(u)Jerry A. Funk
Jacksonville

(d)Pnc Mortgage
6 N Main St
Dayton OH 45402-1902


End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39